IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEKALB COUNTY, FULTON COUNTY, and COBB COUNTY, GEORGIA, | CIVIL ACTION NO. 1:12-CV-03640-SCJ |
| Plaintiffs, | |
| v. | |
| HSBC NORTH AMERICA HOLDINGS, HSBC INVESTMENTS NORTH AMERICA INC., HSBC FINANCE CORPORATION, HSBC MORTGAGE CORPORATION, HSBC MORTGAGE SERVICES INC., HSBC MORTGAGE SERVICES WAREHOUSE LENDING INC., HSBC USA INC., HSBC BANK USA, NATIONAL ASSOCIATION, DECISION ONE MORTGAGE COMPANY, LLC HSBC MARKETS (USA) INC., HSBC SECURITIES, AND HSBC CORPS 1-50, | |
| Defendants. | |

ORDER

This matter appears before the Court on a discovery dispute. Specifically, the parties seek assistance in determining the scope of discovery that is permitted under the Court's Scheduling Order [Doc. No. 38] in which the Court established an eleven-month bifurcated discovery track — the first phase of said scheduling order focusing on discovery as to the statute of limitations issue.

AO 72A
(Rev.8/82)

The Court held a conference call on May 8, 2014 and heard each side's argument. The Court hereby resolves the discovery dispute as follows.

During this first phase of discovery, the Court will permit discovery by Plaintiffs (in the form of interrogatories and requests for production) as to matters related to the number of loans made to minority borrowers and serviced by HSBC during various times since 2003. The Court will **not** permit discovery by Plaintiffs as to statements made by HSBC regarding the cause of the foreclosure crisis and predatory lending generally, as the Court is not convinced that such is a proper inquiry for this first/statute of limitations phase of the discovery process.

## Conclusion

The Court resolves the parties' discovery dispute as stated herein. Having resolved the discovery dispute, the Court further orders that the Scheduling Order [Doc. Nos. 38, 48] and all accompanying motions deadlines are extended and adjusted to include ten additional days to compensate for the time period between the conference call and the Court's ruling.

IT IS SO ORDERED, this __20th__ day of May, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)